KARL D. HUBER

3737 Amesbury Road

Los Angeles, CA  90027

(323) 666 - 1161

Plaintiff In Pro Per

FILED
2012 APR 16 PM 2:28
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

KARL HUBER,  ) Case No.: CV12 03293 GHK (JEM)
    Plaintiff  )
      ) CIVIL RIGHTS COMPLAINT
    vs.  )
THE CITY OF BEVERLY  ) DEMAND FOR JURY TRIAL
HILLS, CALIFORNIA and  )
DOES 1 through 6 of the  )
Beverly Hills Police Department,  )
    Defendants  )

---

### I.  JURISDICTION

1. This court has jurisdiction under 28 U.S.C. § 1331 and 28 U.S.C. § 1343. Federal question jurisdiction arises pursuant to 42 U.S.C. § 1983.

### II.  VENUE

2. Venue is proper pursuant to 28 U.S.C. § 1391 because a substantial part of the events giving rise to this claim occurred in Los Angeles County.

-1-



## III. PARTIES

3. Plaintiff, KARL HUBER, is a Citizen of the United States and he is a resident of the City of Los Angeles, California.

4. Defendant, THE CITY OF BEVERLY HILLS, is a municipal corporation duly organized and existing under and by virtue of the laws of the State of California.

5. Upon information and belief, that at all times hereinafter mentioned, the Defendant THE CITY OF BEVERLY HILLS, its agents, servants and employees operated, maintained and controlled the Police Department of THE CITY OF BEVERLY HILLS, including all the police officers thereof.

6. Plaintiff is ignorant of the true names and capacities of defendants sued herein as DOES 1-6, inclusive, and therefore sues these defendants by such fictitious names. Plaintiff will amend this complaint to allege their true names and capacities when ascertained.

7. Plaintiff is informed and believes and thereon alleges that, at all times herein mentioned, and on or prior to April 17, 2011, each of the defendants DOES 1-6, inclusive, was the agent and employee of their codefendants and was at all times acting within the purpose and scope of such agency and employment.

8. This action arises under the United States Constitution, particularly under the provisions of the Fourth and Fourteenth Amendments to the Constitution of the United States, and under federal law, particularly the Civil Rights Act, Title 42 of the Unites States Code and the rights under the Constitution and laws of the State of California.

9. Each and all of the acts of the defendants alleged herein were done by the defendants, their agents, servants and employees, and each of them, not as individuals, but under the color and pretense of the statutes, ordinances, regulations, customs and usages of the State of California and The City of Beverly Hills, and under the authority of their office as police officers of said state and city.

## IV. STATEMENT OF FACTS

10. On April 17, 2011, shortly after midnight, Plaintiff's girlfriend and fiancée Elena Melnikova was outside the apartment (#7) they shared at 132 S. Oakhurst Drive, Beverly Hills, CA 90212. Elena wanted to file a complaint against a neighbor's harassment and needed to verify the address of the building next door. On her way downstairs, she was confronted by Defendant JOHN DOE 1 in his police uniform. Defendant DOE 1's adversarial manner and tone clearly indicated he was uninterested in fielding or helping Elena file such a complaint. So, as is the custom in her native Russia, Elena dialed a three-digit number on her cell phone to speak with the police to find out how to properly file a harassment complaint.

11. Before that phone call could be completed, indeed before any words were spoken on that call at all, and without warning or provocation, Defendant DOE 1 ran up the stairs at Elena. Frightened and afraid for her safety, she turned and ran back into Apartment #7 without saying anything into her cell phone.

12. After Elena entered Apartment #7 Plaintiff closed the door behind her and Defendant DOE 1 jammed his foot in the door to prevent it from fully closing and then tried to force his way in to arrest Elena. Plaintiff asked Defendant DOE 1 for

his warrant. Defendant DOE 1 did not present any warrant and instead proclaimed "I don't need a warrant, she made a false 911 call in front of me."

13. Defendants JOHN DOE 3 and JOHN DOE 5 joined the effort to unlawfully force their way in to Apartment #7. Entry was eventually affected by breaking through the center panel of the door and reaching in to unlock the deadbolt.

14. After the door to Apartment #7 was destroyed, Defendant JOHN DOE 4 entered without invitation or warrant, grabbed Plaintiff violently by the right arm and forcibly yanked Plaintiff outside into the hallway. Defendant DOE 4 then handcuffed Elena.

15. Now outside in the hallway, Defendants DOE 1, DOE 3 and JOHN DOE 2 were all screaming at Plaintiff to get on the floor. Plaintiff replied "I am not resisting" and indeed offered no resistance whatsoever. Instead of asking Plaintiff to place his hands behind his back and indeed before Plaintiff could possibly have done so, Defendant DOE 1 forcibly grabbed Plaintiff's right wrist. At the same time, Defendant DOE 2 forcibly grabbed Plaintiff's left arm. Together, DOE 1 and DOE 2 immediately and viciously dragged Plaintiff down the hallway where they then awkwardly and brutishly tackled Plaintiff to the carpet, slammed his head into the carpet, and inflicted bruises all over Plaintiff especially on his forehead and both arms. DOE 3 then placed his weight on Plaintiff's legs causing Plaintiff's left arm to twist underneath him so painfully it was on the verge of breaking. Plaintiff said out loud "You're breaking my arm." Defendants DOE 1, DOE 2 and DOE 3 screamed loudly at Plaintiff to "Shut the f*** up."

16. After Plaintiff was handcuffed, Defendant DOE 3 boasted to Plaintiff "You're going to wish you made different decisions tonight."

17. Plaintiff asked what would happen to his dog. Defendant DOE 5 responded that the dog would be kept in the bathroom. Plaintiff was then taken to Beverly Hills Police Department Jail and booked for Resisting Arrest/Delaying a Peace Officer.

## V. CLAIMS
### FIRST CAUSE OF ACTION – FALSE ARREST

18. Plaintiff repeats, reiterates and realleges each and every allegation contained in paragraphs 1 to 17 with the same force and effect as if more fully set forth herein.

19. On or about 12:30am on April 17, 2011 at 132 S. Oakhurst Drive Apt #7, Beverly Hills, CA 90212, the Defendants, their agents, servants and employees wrongfully and falsely arrested, imprisoned and detained Plaintiff without any right or grounds therefore.

20. On or about April 17, 2011, the Defendants wrongfully and falsely accused the Plaintiff of the crime of Resisting Arrest/Delaying a Peace Officer in violation of CPC§ 148 (a)(1).

21. Said arrest and imprisonment was made without a warrant and without probable cause.

22. Defendants, their agents, servants and employees, wrongfully and unlawfully, against the Plaintiff's wish, without probable cause and on the sole charge that the Plaintiff was violating CPC§ 148 (a)(1), arrested and imprisoned the Plaintiff and

with full force of arms, they forcibly and violently seized, assaulted and laid hold of and compelled him to go with said defendant police officers to be detained and imprisoned at Beverly Hills Police Department Jail 464 N. Rexford Drive, Beverly Hills, CA 90210 until such time as he was released on $10,000 bond.

23. The Defendants, their agents, servants and employees acting within the scope of their employment, detained and imprisoned the Plaintiff even though Defendants had the opportunity to know or should have known, that the matters hereinbefore alleged, wrongfully, unlawfully and without a sufficient charge having been made against the Plaintiff, directed that the Plaintiff be searched and placed in confinement at said location.

24. Plaintiff was wholly innocent of the said criminal charges and was forced by the defendants to submit to the aforesaid arrest and imprisonment thereto entirely against his will.

25. As a result of the accusations made by Defendants falsely, publicly and maliciously, the Plaintiff was compelled to appear before a Judge of the Criminal Court of Los Angeles County and to be arraigned on or about July 21, 2011.

26. Defendants, as set forth above, intended to confine the Plaintiff; in that the Plaintiff was conscious of the confinement; Plaintiff did not consent to the confinement and that the confinement was not otherwise privileged.

27. By reason of the false arrest, imprisonment and detention of the Plaintiff, Plaintiff was subjected to great indignities, humiliation and ridicule in being so detained, charged and prosecuted with various crimes, and greatly injured his credit and circumstances and was then and there prevented and hindered from

performing and transacting his necessary affairs and business, and he was caused to suffer much pain in both mind and body, and the loss of employment opportunities.

28. By doing the acts described above in paragraphs 10 through 27, Defendant caused and/or permitted the violation of Plaintiff's Fourth and Fourteenth Amendment rights to be free from unreasonable searches and seizures, thereby entitling Plaintiff to recover damages pursuant to 42 U.S.C. § 1983.

**SECOND CAUSE OF ACTION – ASSAULT AND BATTERY**

29. Plaintiff repeats, reiterates and realleges each and every allegation contained in paragraphs 1 to 28 with the same force and effect as if more fully set forth herein.

30. On or about 12:30am April 17, 2011, while Plaintiff was inside his apartment at 132 S. Oakhurst Drive #7, Beverly Hills, CA 90212, Defendants, without just cause or provocation and with great force and violence, violently seized, assaulted and laid hold of the Plaintiff including but not limited to intentionally, forcefully and fiercely bringing Plaintiff to the ground and causing handcuffs to be tightly placed upon the wrists of the Plaintiff.

31. Defendants willfully and maliciously assaulted and battered Plaintiff in that they had the real or apparent ability to cause imminent harmful and/or offensive bodily contact and intentionally did a violent and/or menacing act which threatened such contact to the Plaintiff, and that act caused apprehension of such contact in the Plaintiff, and Defendants, in a hostile and/or offensive manner touched and beat upon the Plaintiff, without his consent and with the intention of

causing harmful and/or offensive bodily contact to the Plaintiff and caused such battery in and about his head, neck, back, body and limbs.

32. By reason of the aforesaid intentional assault and battery committed by the Defendants, acting within the scope of their authority, and without probable cause, the Plaintiff suffered great bodily injury in and about his head, neck, back, body and limbs and was rendered sick, sore, lame and disabled, and among other things, he suffered conscious pain and suffering, and that he was otherwise damaged.

33. By doing the acts described above in paragraphs 10 to 32, Defendants caused and/or permitted the violation of Plaintiff's Fourth Amendment rights to be free from unreasonable seizures using objectively unreasonable force thereby entitling Plaintiff to recover damages pursuant to 42 U.S.C. § 1983.

## VI. REQUEST FOR RELIEF

WHEREFORE, the Plaintiff requests:

34. Compensatory damages, including general and special damages, according to proof,

35. Any further relief which the court may deem appropriate.

## VII. DEMAND FOR JURY TRIAL

36. Plaintiff hereby requests a jury trial on all issues raised in this complaint.

Dated: April 16, 2012

[signature]

By: KARL HUBER

Plaintiff In Pro Per

KARL D. HUBER
3737 Amesbury Road
Los Angeles, CA  90027
Plaintiff In Pro Per

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| KARL HUBER | CASE NUMBER |
|---|---|
| PLAINTIFF(S) v. | CV12 03293 GHK (JEM) |
| THE CITY OF BEVERLY HILLS, CALIFORNIA AND DOES 1-6 of the Beverly Hills Police Department | SUMMONS |
| DEFENDANT(S). | |

TO:   DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, __KARL D. HUBER In Pro Per__, whose address is __3737 Amesbury Road, Los Angeles, CA  90027__.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: 16 April 2012                    By: _____
                                             Deputy Clerk

                                             (Seal of the Court)

                                             1181

[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].

CV-01A (10/11)                         SUMMONS

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☑)
KARL HUBER

**DEFENDANTS**
THE CITY OF BEVERLY HILLS, CALIFORNIA AND DOES 1-6 of the Beverly Hills Police Department

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
KARL D. HUBER
3737 Amesbury Road Los Angeles, CA 90027
(323) 666 - 1161

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☑ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☑ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:** **JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No ☑ **MONEY DEMANDED IN COMPLAINT:** $ according to proof

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
42 U.S.C. § 1983 FALSE ARREST & ASSAULT AND BATTERY

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Fed. Employers' Liability | | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | | **CIVIL RIGHTS** | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury- Med Malpractice | ☐ 442 Employment | | **SOCIAL SECURITY** |
| | ☐ 190 Other Contract | | ☐ 443 Housing/Acco- mmodations | | ☐ 861 HIA (1395ff) |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury- Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 891 Agricultural Act | | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | **IMMIGRATION** | | ☐ 690 Other | **FEDERAL TAX SUITS** |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | ☑ 440 Other Civil Rights | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 900 Appeal of Fee Determi- nation Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus- Alien Detainee | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 240 Torts to Land | | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | | | |
| | ☐ 290 All Other Real Property | | | | |

**CV12 03293**

FOR OFFICE USE ONLY: Case Number: _____
AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)      CIVIL COVER SHEET      Page 1 of 2

## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A. Arise from the same or closely related transactions, happenings, or events; or
                                ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
                                ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
                                ☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
  **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| LOS ANGELES | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date 16 April 2012

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |