# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL HUBER,<br><br>                Plaintiff,<br><br>      v.<br><br>THE CITY OF BEVERLY HILLS,<br>CALIFORNIA, et al.,<br><br>                Defendants. | Case No. CV 12-03293-GHK (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss the First Amended Complaint is GRANTED. The First Amended Complaint is dismissed, with leave to amend. Plaintiff may file a Second Amended Complaint **within thirty (30) days** of this Order.

**IT IS SO ORDERED.**

DATED: 10/28/12

                                                  GEORGE H. KING
                                      UNITED STATES DISTRICT JUDGE