# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL HUBER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>THE CITY OF BEVERLY HILLS, CALIFORNIA, et al.,<br><br>　　　　　Defendants. | Case No. CV 12-03293-GHK (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. No Objections to the Report and Recommendation have been filed within the time allowed for Objections. The Court accepts the findings and recommendations of the Magistrate Judge.

　　　　IT IS HEREBY ORDERED that Defendants' Motions to Dismiss the Second Amended Complaint are GRANTED. The Second Amended Complaint is dismissed, with leave to amend. Plaintiff may file a Third Amended Complaint **within thirty (30) days** of this Order.

　　　　**IT IS SO ORDERED.**

DATED:　　4/22/13

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　GEORGE H. KING
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE