# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARL HUBER,<br><br>           Plaintiff,<br><br>     v.<br><br>CHRISTOPHER COULTER, et al.,<br><br>           Defendants. | Case No. CV 12-3293-GHK (JEM)<br><br>**J U D G M E N T** |

In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 2/10/15

                                                GEORGE H. KING
                                       UNITED STATES DISTRICT JUDGE